**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE, AT KNOXVILLE**

**IN RE**

**Gary Franklin Outlaw and**

**Karen Sue Outlaw**

**Debtor(s).**

**Case No: 3:26-bk-31533-SHB**
**Chapter 7**

**NOTICE OF APPOINTMENT OF SUBSTITUTE INTERIM TRUSTEE AND FIXING OF BOND**

**Pursuant to 11 U.S.C. § 701, Ann Mostoller, is appointed substitute Interim Trustee in the above-referenced matter and is hereby designated to preside at the meeting of creditors. The United States Trustee previously appointed another panel trustee as the Interim Trustee, but that individual has notified the United States Trustee's Office of a conflict of interest in this particular case. Accordingly, the Interim Trustee is relieved of any further duties in this case.**

**Pursuant to Bankruptcy Rule 2008, the substitute Interim Trustee will be deemed to have accepted this appointment unless it is rejected within five days of receipt of this notice. The substitute Interim Trustee's required bond is included under the approved existing general blanket bond.**

**Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the substitute Interim Trustee appointed herein shall serve as Trustee without further appointment or qualification under the same bond.**

**Paul A. Randolph**
**Acting United States Trustee - Region 8**

**/s/Nick Foster**
**Nick Foster**
**Assistant U.S. Trustee**
**Office of the United States Trustee**
**31 East 11th Street, 4th Floor**
**Chattanooga, TN 37402**
**(423) 752-5566**
**nick.foster@usdoj.gov**